Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Cornell A. Walters**
  Debtor(s)

Bankruptcy Case No.: 15–22385–JAD
Doc. No. 34
Chapter: 13
Docket No.: 35 – 34
Concil. Conf.: April 16, 2020 at 10:00 AM

## ORDER

   **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

   **IT IS HEREBY ORDERED** that, on or before **March 23, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

   1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

   2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

   **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

   On or before **April 7, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

   On **April 16, 2020** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

   If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

   This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: February 7, 2020

cm: All Creditors and Parties In Interest

Jeffery A. Deller
United States Bankruptcy Judge

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Cornell A. Walters  
      Debtor  

Case No. 15-22385-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: msch     Page 1 of 2     Date Rcvd: Feb 07, 2020  
                          Form ID: 410     Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2020.

```
db            +Cornell A. Walters,    1517 Williamsburg Place,    Pittsburgh, PA 15235-4925
cr            +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
               51 East Bethpage Road,    Plainview, NY 11803-4224
cr            +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
               Pittsburgh, PA 15212-5866
14071564      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
14109357       ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
               NEW YORK, NY 10087-9262
14071568      +Goodyear/Citibank,    Po Box 6497,    Sioux Falls, SD 57117-6497
14096567      +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
               Warren, MI 48090-2011
15059051      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619094,    Dallas, TX 75261-9094
14073059      +PNC BANK, N.A.,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14071569      +Pnc Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
14071571     ++SETERUS INC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Seterus,    P.O. Box 2008,    Grand Rapids, MI 49501-2008)
14071570      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
14125512      +Seterus, Inc. as the authorized subservicer for Fe,    P.O. Box 1047,    Hartford, CT 06143-1047
14071572      +Universal AT & T Citibank,    Attn.: Centralized Bankruptcy,    Po Box 20507,
               Kansas City, MO 64195-0507
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14075811       E-mail/Text: mrdiscen@discover.com Feb 08 2020 02:48:36     Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14071565      +E-mail/Text: mrdiscen@discover.com Feb 08 2020 02:48:36     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
14131490      +E-mail/Text: kburkley@bernsteinlaw.com Feb 08 2020 02:50:00     Duquesne Light Company,
               c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
14071566      +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2020 02:51:27     GECRB / JC Penney,
               Attn: Bankruptcy Dept,    Po Box 103104,    Roswell, GA 30076-9104
14071567      +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2020 02:52:11     GECRB/Sams Club,
               Gecrb/Sams Club,    Po Box 103104,    Roswell, GA 30076-9104
14110753       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 08 2020 02:52:22
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14071573      +E-mail/Text: bkr@virtuososourcing.com Feb 08 2020 02:50:14     Virtuoso Sourcing Grou,
               4500 E Cherry Creek Sout,    Denver, CO 80246-1500
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Duquesne Light Company
cr            Nationstar Mortgage LLC d/b/a Mr. Cooper
cr            Seterus, Inc. as the authorized subservicer for Fe
                                                                              TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                                      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2           User: msch                 Page 2 of 2              Date Rcvd: Feb 07, 2020
                               Form ID: 410               Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2020 at the address(es) listed below:
              Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com,  Michelle@mvrlaw.com
              James   Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Shawn N. Wright    on behalf of Debtor Cornell A. Walters shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
                                                                                             TOTAL: 7