**Form 309**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Cornell A. Walters** | : | Case No. 15−22385−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Doc. No. 34 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

      *AND NOW,* this ***The 27th of March, 2020,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

      (1)  The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

      Jeffery A. Deller
      United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-22385-JAD
Cornell A. Walters                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: msch              Page 1 of 2           Date Rcvd: Mar 27, 2020
                              Form ID: 309            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2020.
```
db            +Cornell A. Walters,   1517 Williamsburg Place,    Pittsburgh, PA 15235-4925
cr            +Federal National Mortgage Association,    c/o Rosicki, Rosicki & Associates, P.C.,
               51 East Bethpage Road,    Plainview, NY 11803-4224
cr            +Peoples Natural Gas Company, LLC,    Attn:  Dawn Lindner,   375 North Shore Drive, Suite 600,
               Pittsburgh, PA 15212-5866
14096567      +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,   PO Box 2011,
               Warren, MI 48090-2011
15059051      +Nationstar Mortgage LLC d/b/a Mr. Cooper,    P.O. Box 619094,   Dallas, TX 75261-9094
14073059      +PNC BANK, N.A.,   PO BOX 94982,    CLEVELAND, OHIO 44101-4982
14071569      +Pnc Bank,   Po Box 3180,   Pittsburgh, PA 15230-3180
14071571     ++SETERUS INC,   PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:  Seterus,    P.O. Box 2008,   Grand Rapids, MI 49501-2008)
14125512      +Seterus, Inc. as the authorized subservicer for Fe,    P.O. Box 1047,   Hartford, CT 06143-1047
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14075811       EDI: DISCOVER.COM Mar 28 2020 07:23:00      Discover Bank,   Discover Products Inc,
               PO Box 3025,   New Albany, OH  43054-3025
14071565      +EDI: DISCOVER.COM Mar 28 2020 07:23:00      Discover Fin Svcs Llc,   Po Box 15316,
               Wilmington, DE 19850-5316
14131490      +E-mail/Text: kburkley@bernsteinlaw.com Mar 28 2020 03:50:59      Duquesne Light Company,,
               c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
               Pittsburgh, PA 15219-1945
14109357       EDI: ECAST.COM Mar 28 2020 07:18:00      ECAST SETTLEMENT CORPORATION, ASSIGNEE,
               OF CITIBANK, N.A.,   POB 29262,   NEW YORK, NY 10087-9262
14071566      +EDI: RMSC.COM Mar 28 2020 07:23:00      GECRB / JC Penney,   Attn: Bankruptcy Dept,
               Po Box 103104,   Roswell, GA 30076-9104
14071567      +EDI: RMSC.COM Mar 28 2020 07:23:00      GECRB/Sams Club,   Gecrb/Sams Club,   Po Box 103104,
               Roswell, GA 30076-9104
14071568      +EDI: CITICORP.COM Mar 28 2020 07:23:00      Goodyear/Citibank,   Po Box 6497,
               Sioux Falls, SD 57117-6497
14071564       EDI: JPMORGANCHASE Mar 28 2020 07:18:00      Chase Card,   Po Box 15298,   Wilmington, DE 19850
14110753       EDI: PRA.COM Mar 28 2020 07:18:00      Portfolio Recovery Associates, LLC,   POB 12914,
               Norfolk VA 23541
14071570      +EDI: SEARS.COM Mar 28 2020 07:23:00      Sears/cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
14071572      +EDI: CITICORP.COM Mar 28 2020 07:23:00      Universal AT & T Citibank,
               Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
14071573      +E-mail/Text: bkr@virtuososourcing.com Mar 28 2020 03:51:06      Virtuoso Sourcing Grou,
               4500 E Cherry Creek Sout,   Denver, CO 80246-1500
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             Nationstar Mortgage LLC d/b/a Mr. Cooper
cr             Seterus, Inc. as the authorized subservicer for Fe
                                                                                TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2020                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0315-2          User: msch              Page 2 of 2              Date Rcvd: Mar 27, 2020
                              Form ID: 309            Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2020 at the address(es) listed below:

          Heather Stacey Riloff    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae") heather@mvrlaw.com, Michelle@mvrlaw.com
          James Warmbrodt    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
          Shawn N. Wright    on behalf of Debtor Cornell A. Walters shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

                                                                                                                          TOTAL: 7