**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> CORNELL A. WALTERS <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:15-22385 JAD <br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/01/2015 and confirmed on 08/11/2015 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 81,406.41 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 81,406.41 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,000.00 | |
| Trustee Fee | 3,510.94 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,510.94 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NATIONSTAR MORTGAGE LLC D/B/A MR C <br> Acct: 1190 | 0.00 | 56,183.22 | 0.00 | 56,183.22 |
| NATIONSTAR MORTGAGE LLC D/B/A MR C <br> Acct: 1109 | 23,027.58 | 17,712.25 | 0.00 | 17,712.25 |
| | | | | 73,895.47 |
| **Priority** | | | | |
| SHAWN N WRIGHT ESQ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CORNELL A. WALTERS <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAW OFFICE OF SHAWN N WRIGHT <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SHAWN N WRIGHT ESQ <br> Acct: | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| NATIONSTAR MORTGAGE LLC D/B/A MR C <br> Acct: 1109 | 650.00 | 0.00 | 0.00 | 0.00 |

***NONE***

| 15-22385 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|   DUQUESNE LIGHT COMPANY* | 524.01 | 0.00 | 0.00 | 0.00 |
|     Acct: 3976 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXX6894 | | | | |
|   DISCOVER BANK(*) | 1,163.23 | 0.00 | 0.00 | 0.00 |
|     Acct: 1855 | | | | |
|   MIDLAND FUNDING LLC | 972.24 | 0.00 | 0.00 | 0.00 |
|     Acct: 2936 | | | | |
|   GECC/SAMS CLUB++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXX0237 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 932.75 | 0.00 | 0.00 | 0.00 |
|     Acct: 2504 | | | | |
|   PNC BANK NA | 2,030.92 | 0.00 | 0.00 | 0.00 |
|     Acct: 6719 | | | | |
|   PRA/PORTFOLIO RECOVERY ASSOC | 2,422.84 | 0.00 | 0.00 | 0.00 |
|     Acct: 3503 | | | | |
|   ECAST SETTLEMENT CORP | 6,045.39 | 0.00 | 0.00 | 0.00 |
|     Acct: 6221 | | | | |
|   VIRTUOSO SOURCING GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXX0850 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

\* \* \* N O N E \* \* \*

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 73,895.47 |
| TOTAL CLAIMED | | |
| PRIORITY | 650.00 | |
| SECURED | 23,027.58 | |
| UNSECURED | 14,091.38 | |

Date: 04/30/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com